**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SAHAND TEBYANI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, *in his official capacity as U.S. Secretary of State*, *et al.*,<br><br>*Defendants*. | Case No.: 1:25-cv-00912-PTG-WEF |

**ORDER**

This matter is before the Court on Plaintiffs' Motion to Stay ("Motion"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED.

ENTERED this 6th day of March 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge